IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 98-60594
Summary Calendar

———————————

SUMEDA KEERTHI BRANDYGAMPOLA,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A72-450-161
- - - - - - - - - -

September 16, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Sumeda Keerthi Brandygampola petitions for review of the
Board of Immigration Appeals' decision dismissing his appeal from
the immigration judge's decision to deny his application for
asylum and for a withholding of deportation.  He argues that the
Board erred by determining that he did not have a well-founded
fear of future persecution by the United National Party in Sri

Lanka.  We have reviewed the record and the briefs and determine
that the Board's decision is supported by substantial evidence.

———————————

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

See Mikhael v. INS, 115 F.3d 299, 304 (5th Cir. 1997).  The petition for review is DENIED.